

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

# OFFICE OF CAPITAL WRITS

September 1, 2015

Clerk of the Court
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

To the honorable Court,

This letter is to notify this Court of a change in circumstances that our office believes moots an appeal taken in the capital case of Brandon Daniel. The Office of Capital Writs (OCW) recently appealed an order of the trial court withdrawing the OCW from representation of Mr. Daniel. That appeal was received in this Court as number AP-77,060. The trial court entered its order based on a request by Mr. Daniel to proceed pro se.

Since that time, Mr. Daniel has reconsidered and has requested the OCW continue to represent him in his Article 11.071 proceedings. As such, the trial court has confirmed the OCW's appointment to Mr. Daniel's case and has granted an extension of time to file the 11.071 habeas application. That due date now stands at December 2, 2015.

Because of these changed circumstances, appeal from the trial court's original order withdrawing the OCW from representation is no longer necessary and is moot. Please let us know if you need further information or documentation from our office and we will send it promptly.

Respectfully,

Robert Romig
Post-Conviction Attorney